# IN THE SUPREME COURT OF THE STATE OF NEVADA

KATHY ANN PERRAULT,
           Appellant,

vs.

THE STATE OF NEVADA,
           Respondent.

No. 77692

**FILED**

MAR 13 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court "order denying defendant's motion seeking court order for LVMPD to conduct DNA analysis." Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

Because no statute or court rule provides for an appeal from an order denying a motion seeking a court order to conduct a DNA analysis, this court entered an order directing appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Appellant's response fails to demonstrate this court's jurisdiction, and appellant asks in the alternative that this court construe the appeal as a petition for a writ of mandamus to direct the district court to order the DNA analysis. No good cause appearing, the request is denied. This court lacks jurisdiction and accordingly

ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

cc: Hon. William D. Kephart, District Judge
Pitaro & Fumo, Chtd.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk